(SPACE BELOW FOR FILING STAMP ONLY)

STEPHANIE L. QUINN (SBN 216655)
RAYMOND TUASON (SBN 279346)
**MURPHY, CAMPBELL, ALLISTON & QUINN**
8801 Folsom Boulevard, Suite 230
Sacramento, CA 95826

Telephone: (916) 400-2300
Fax: (916) 400-2311

Attorneys for Defendant
NATIONAL RAILROAD PASSENGER
CORPORATION, dba AMTRAK

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA - SACRAMENTO

| | |
|---|---|
| LINDA KESSLER,<br><br>    Plaintiff,<br><br>  v.<br><br>NATIONAL RAILROAD PASSENGER<br>CORPORATION, doing business as AMTRAK,<br>and DOES 1 through 10, inclusive,<br><br>    Defendants. | Case No. 2:15-CV-00728-GEB-AC<br><br>**STIPULATION OF THE PARTIES TO<br>MODIFY THE SCHEDULING ORDER<br>AND EXTEND DISCOVERY<br>DEADLINES;<br>[PROPOSED] ORDER** |

## STIPULATION OF THE PARTIES TO MODIFY THE SCHEDULING ORDER AND

## EXTEND DISCOVERY DEADLINES

   Pursuant to Rules 16(b)(4) and 29 of the Federal Rules of Civil Procedure, Defendant NATIONAL RAILROAD PASSENGER CORPORATION dba AMTRAK ("Defendant" or "AMTRAK") and Plaintiff LINDA KESSLER ("Plaintiff" or "KESSLER"), by and through their attorneys of record, hereby stipulate to modify the scheduling order filed July 14, 2015, to extend the time for discovery deadlines previously set in this matter.

   The initial expert witness disclosure deadline is currently scheduled for November 24, 2015. The parties request a two month extension of this deadline to January 25, 2016.

   The rebuttal expert witness disclosure deadline is currently scheduled for January 22, 2016. The parties request a two month extension of this deadline to March 22, 2016.

MURPHY, CAMPBELL, ALLISTON & QUINN

Discovery is currently scheduled to be completed by March 22, 2016.  The parties request a one month extension of this deadline to April 22, 2016.

All other dates will remain the same as provided for in the July 14, 2015 scheduling order.

GOOD CAUSE EXISTS FOR THE REQUESTED MODIFICATIONS AND EXTENSIONS

Defendant's lead trial counsel, Stephanie Quinn, is currently on unexpected leave due to the very recent adoption of an infant.  As such, Ms. Quinn will be unable to take Plaintiff's deposition previously scheduled to take place on October 20, 2015.

Moreover, despite the parties' diligent efforts to schedule the depositions of Plaintiff's medical treaters prior to the expert witness disclosure deadline, the parties will be unable to timely complete these depositions due to Ms. Quinn's unexpected leave.

For these reasons, counsel for the parties have stipulated to modify the scheduling order and extend discovery deadlines.

//
//
//
//
//
//
//
//
//
//
//
//
//
//

STIPULATION TO MODIFY THE SCHEDULING ORDER AND EXTEND DISCOVERY DEADLINES; [PROPOSED] ORDER

MURPHY, CAMPBELL, ALLISTON & QUINN

All other dates will remain the same as provided for in the July 14, 2015 scheduling order.

**IT IS HEREBY STIPULATED**

DATED:   October 14, 2015                    MURPHY, CAMPBELL, ALLISTON & QUINN


By:    /s/ RAYMOND TUASON
          STEPHANIE L. QUINN (SBN  216655)
          RAYMOND TUASON (SBN  279346)
          Attorneys for Defendant
          NATIONAL RAILROAD PASSENGER
          CORPORATION, dba AMTRAK


DATED:   October 14, 2015                    GANONG LAW


By:    /s/  PHILIP W. GANONG
          PHILIP W. GANONG (SBN 88414)
          Attorneys for Plaintiff LINDA KESSLER


**IT IS SO ORDERED:**

**Dated:  October 14, 2015**


_____
GARLAND E. BURRELL, JR.
Senior United States District Judge