STEPHANIE L. QUINN (SBN 216655)
RAYMOND TUASON (SBN 279346)
**MURPHY, CAMPBELL, ALLISTON & QUINN**
8801 Folsom Boulevard, Suite 230
Sacramento, CA 95826

Telephone: (916) 400-2300
Fax: (916) 400-2311

Attorneys for Defendant
NATIONAL RAILROAD PASSENGER
CORPORATION, dba AMTRAK

(SPACE BELOW FOR FILING STAMP ONLY)

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA - SACRAMENTO

LINDA KESSLER,

                    Plaintiff,

          v.

NATIONAL RAILROAD PASSENGER
CORPORATION, doing business as AMTRAK,
and DOES 1 through 10, inclusive,

                    Defendants.

Case No. 2:15-CV-00728-JAM-AC

**ORDER DENYING IN PART AND GRANTING IN PART PLAINTIFF'S MOTION TO MODIFY STATUS (PRE-TRIAL SCHEDULING) ORDER, FRCP 16(b)(4)**

**Judge:       Hon. John A. Mendez**

**Date:          March 22, 2016**
**Time:          1:30 pm**
**Courtroom: 6**

**Trial Date:  September 19, 2016**

          Plaintiff's Motion to Modify the Status (Pre-trial Scheduling) Order was heard on March 22, 2016 in Courtroom 6.  Brian W. Plummer of Wilcoxen Callaham, LLP appeared on behalf of Plaintiff LINDA KESSLER.  Stephanie L. Quinn of Murphy, Campbell, Alliston & Quinn, appeared on behalf of Defendant NATIONAL RAILROAD PASSENGER CORPORATION dba AMTRAK.

/ / /

MURPHY, CAMPBELL, ALLISTON & QUINN

[PROPOSED] ORDER DENYING IN PART AND GRANTING IN PART PLAINTIFF'S MOTION TO MODIFY STATUS (SCHEDULING) ORDER

Plaintiff's request to modify the scheduling order to extend the date for expert witness disclosures is hereby denied, on the grounds that Plaintiff has not shown good cause to extend the deadline set forth in the Court's scheduling order based on a lack of due diligence by Plaintiff's prior counsel to conduct discovery and designate experts. Plaintiff's expert witness disclosures shall be limited to the non-retained expert witnesses she disclosed on January 25, 2016.

For good cause, Plaintiff's request to extend the discovery cut off, currently set for April 22, 2016, is hereby granted.  The new deadline to complete discovery is May 20, 2016. Dispositive motions shall be heard on June 28, 2016 at 1:30 p.m.  The last day to file dispositive motions shall be June 1, 2016.  All other dates in the Court's scheduling order shall remain the same, including the trial date of September 19, 2016.

**IT IS SO ORDERED.**


Dated: March 23, 2016                              /s/ John A. Mendez_____
                                                   Honorable John A. Mendez
                                                   United States District Court Judge